**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Leonard James FORBES, Petitioner**

**No. 490 WAL 2016**

Supreme Court of Pennsylvania.

May 16, 2017

## ORDER

PER CURIAM

AND NOW, this 16th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Robert C. SOEDER, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Department of Transportation, Bureau of Driver Licensing, Respondent**

**No. 493 WAL 2016**

Supreme Court of Pennsylvania.

May 16, 2017

## ORDER

PER CURIAM

AND NOW, this 16th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.** Application for Stay is **DENIED AS MOOT.**